UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re STURM, RUGER & COMPANY, INC. SECURITIES LITIGATION   ) ) ) ) ) This Document Relates To:   ) ) ALL ACTIONS   ) ) ) ) | Master File No. 3:09-cv-01293-CFD<br><br>CLASS ACTION |

**DEFENDANTS' MOTION TO DISMISS
PLAINTIFFS' CONSOLIDATED AMENDED CLASS ACTION COMPLAINT**

Pursuant to Federal Rules of Civil Procedure 9(b), 12(b)(6) and the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4, Defendants Sturm, Ruger & Co., Inc., Michael O. Fifer, and Thomas A. Dineen hereby move to dismiss Plaintiffs' Consolidated Amended Class Action Complaint with prejudice for failure to state a claim upon which relief can be granted.  The grounds for this Motion are set forth in the accompanying Defendants' Memorandum in Support of Motion to Dismiss Plaintiffs' Consolidated Amended Class Action Complaint.

Dated:  April 26, 2010                     Respectfully submitted,

 /s/        Denise V. Zamore
Francis H. Morrison III (ct04200)
Denise V. Zamore (ct27549)
AXINN, VELTROP & HARKRIDER, LLP
90 State House Square
Hartford, CT 06103
Telephone: (860) 275-8100

ORAL ARGUMENT REQUESTED
TESTIMONY NOT REQUIRED

Facsimile: (860) 275-8101

Michael Dockterman
W. Allen Woolley
Tracy A. Hannan
WILDMAN, HARROLD, ALLEN & DIXON LLP
225 West Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 201-2000
Facsimile:  (312) 201-2555

Attorneys for Defendants Sturm Ruger & Company, Inc., Michael O. Fifer, and Thomas A. Dineen

ORAL ARGUMENT REQUESTED
TESTIMONY NOT REQUIRED