UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re STURM, RUGER & COMPANY, INC. ) SECURITIES LITIGATION ) ) _____ ) ) This Document Relates To: ) ) ALL ACTIONS. ) ) _____ ) | Master File No. 3:09-cv-01293-VLB <u>CLASS ACTION</u> NOTICE OF MOTION AND MOTION FOR (1) FINAL APPROVAL OF SETTLEMENT AND PLAN OF ALLOCATION OF SETTLEMENT PROCEEDS, AND (2) AWARD OF ATTORNEYS' FEES AND EXPENSES |

740667_1

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that, on August 20, 2012, at 2:00 p.m., upon the accompanying memoranda of law, the declarations in support thereof, the Stipulation of Settlement dated December 29, 2011, and all prior proceedings had herein, Lead Plaintiff, by and through its attorneys, hereby moves the Court, before the Honorable Vanessa L. Bryant, United States District Judge, District of Connecticut, at the Abraham Ribicoff Federal Building and United States Courthouse, 450 Main Street, Hartford, Connecticut, for a judgment and orders granting final approval of the proposed settlement of this securities class action, approving the Plan of Allocation of settlement proceeds, and awarding attorneys' fees and expenses, pursuant to Federal Rule of Civil Procedure 23(e).

DATED: July 30, 2012

Respectfully submitted,

DISERIO MARTIN O'CONNOR &
  CASTIGLIONI LLP
JONATHAN P. WHITCOMB (CT 15014)
One Atlantic Street
Stamford, CT 06901
Telephone: 203/358-0800
203/348-2321 (fax)

Liaison Counsel

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
EVAN J. KAUFMAN
FAINNA KAGAN
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)

- 2 -

ROBBINS GELLER RUDMAN
 & DOWD LLP
ELLEN GUSIKOFF STEWART

          s/ Ellen Gusikoff Stewart
        ELLEN GUSIKOFF STEWART

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

**Lead Counsel for Plaintiffs**

## CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2012, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 30, 2012.

          s/ Ellen Gusikoff Stewart
          ELLEN GUSIKOFF STEWART

          ROBBINS GELLER RUDMAN
              & DOWD LLP
          655 West Broadway, Suite 1900
          San Diego, CA 92101-3301
          Telephone: 619/231-1058
          619/231-7423 (fax)
          E-mail:    EllenG@rgrdlaw.com

740667_1

# Mailing Information for a Case 3:09-cv-01293-VLB

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Michael Dockterman**
  mdockterman@edwardswildman.com,aguinn@edwardswildman.com,ecffilings@edwardswildman.com

- **Nicholas Andrew Geiger**
  nag@avhlaw.com,ecf@avhlaw.com

- **Tracy Hannan**
  thannan@edwardswildman.com,shardt@edwardswildman.com,ecffilings@edwardswildman.com

- **Fainna Kagan**
  fkagan@rgrdlaw.com

- **Evan J. Kaufman**
  ekaufman@rgrdlaw.com

- **Patrick A. Klingman**
  pak@klingmanlaw.com

- **Francis H. Morrison , III**
  fhm@avhlaw.com,ecf@avhlaw.com,clegnani@avhlaw.com

- **David A. Rosenfeld**
  Drosenfeld@rgrdlaw.com,e_file_ny@rgrdlaw.com,amartin@rgrdlaw.com

- **Ellen Gusikoff Stewart**
  elleng@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Jonathan P. Whitcomb**
  jwhitcomb@dmoc.com,smaldonado@dmoc.com,docket@dmoc.com

- **W. Allen Woolley**
  awoolley@edwardswildman.com,snolan@edwardswildman.com,ecffilings@edwardswildman.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)